No. 88-5969. CAMPBELL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 88-5972. BAGGETT v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 88-5974. JANKOWSKI v. BRAUMANN. State Court of Fulton County, Ga. Certiorari denied.

No. 88-5975. BROWN v. RHYNE FLORAL SUPPLY MANUFACTURING CO., INC., ET AL. Ct. App. N. C. Certiorari denied.

No. 88-5976. SZAREWICZ v. ZIMMERMAN, ATTORNEY GENERAL OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 88-5978. PORTEE v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 88-5979. SHANE v. LOS ANGELES POLICE DEPARTMENT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88-5983. PRUNTY v. INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied.

No. 88-5984. RODRIGUEZ-SUAREZ ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88-5987. McCONICO v. ROBINSON. Sup. Ct. Ala. Certiorari denied.

No. 88-5989. OWENS v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 88-5992. CHURCH v. THOMPSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 88-6003. PEROTTI v. SEITER ET AL. C. A. 6th Cir. Certiorari denied.

No. 88-6004. PASTER v. CURTISS WRIGHT CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 88-6010. JENKINS v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. D. C. Cir. Certiorari denied.